DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAURICIO ALEXANDER RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-00215 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
|  | ) CONFERENCE AND ORDER THEREON |
| v. | ) |
|  | ) Date:  August 23, 2010 |
| MAURICIO ALEXANDER RAMOS, | ) Time:  9:00 a.m. |
|  | ) Judge: Hon. Oliver W. Wanger |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, MAURICIO ALEXANDER RAMOS, that the date for status conference in this matter may be continued to August 23, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is August 2, 2010.  The requested new date is August 23, 2010.**

The defense makes this request for a short continuance so that it may complete its collection of Mr. Ramos' immigration and criminal-history records.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
3  For this reason, the ends of justice served by the granting of the requested continuance outweigh the
4  interests of the public and the defendant in a speedy trial.

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

DATED: July 23, 2010                    By /s/ Susan Phan
                                                      SUSAN PHAN
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff


                                                      DANIEL J. BRODERICK
                                                      Federal Defender

DATED: July 23, 2010                    By /s/ Jeremy S. Kroger
                                                      JEREMY S. KROGER
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      Mauricio Alexander Ramos


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   July 23, 2010**                    /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE

DEL CAMPO/Stipulation to
Continue Status Conference and Order          2